**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HOWARD COHAN, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:22-cv-6344 |
| ) | |
| v. ) | District Judge Thomas M. Durkin, |
| ) | Magistrate Judge Sheila M. Finnegan |
| SOSAVI LLC, an Illinois limited liability ) | |
| company, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF SETTLEMENT**

Defendant Sosavi LLC ("Sosavi"), through its attorneys, notifies this Court that the parties have reached a settlement. The parties agree on the basic terms of the settlement but have a dispute regarding one of the terms. Sosavi will be submitting a subsequent pleading to address that dispute.

Sosavi requests that this Court vacate the March 6, 2023 pleading deadline based on the parties' settlement.

Dated: March 3, 2023                    Respectfully submitted,

                                        By:   */s/ Chirag H. Patel*
                                            Chirag H. Patel (#6306711)
                                            CLARK HILL LLP
                                            130 E Randolph St Suite 3900
                                            Chicago, IL 60601
                                            Ph: 312-985-5900
                                            cpatel@clarkhill.com
                                            *Attorneys for Sosavi LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2023, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, the foregoing document by using the CM/ECF system, which will send notification of such filing(s) to:

Angela C. Spears<br>
Cass Law Group<br>
20015 S. Grange Rd., #1098<br>
Frankford, IL 60423<br>
aspears@casslawgroup.com<br>
<em>Attorneys for Plaintiff</em>

By:    */s/ Chirag H. Patel*
      Chirag H. Patel (#6306711)
      CLARK HILL LLP
      130 E Randolph St Suite 3900
      Chicago, IL 60601
      Ph: 312-985-5900
      cpatel@clarkhill.com
      *Attorneys for Sosavi LLC*

2